UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CR-067-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| HUMBERTO NAVARETE | ) |

**ORDER
ON MOTION TO SEAL
SENTENCING MEMORANDUM**

THIS MATTER is before the Court on defendant's motion to seal his Sentencing Memorandum.

FOR GOOD CAUSE SHOWN, the motion is GRANTED, and the defendant's Sentencing Memorandum shall be filed under SEAL.

SO ORDERED, this the **2 4** day of November, 2015.

_____
HON. JAMES C. DEVER, III
Chief Judge, United States District Court