IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-67-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HUMBERTO NAVARETE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's pending motions [D.E. 26, 29, 32].

The response is due not later than March 1, 2021.

SO ORDERED. This _1_ day of February 2021.

JAMES C. DEVER III
United States District Judge